**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 03-cr-00429-LTB
Civil Case No. 16-cv-00426-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RUBEN DEAN LEDFORD,

        Defendant.
_____

**ORDER**
_____

       This matter comes before the Court on the Petitioner's Pro Se Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255. Petitioner's claim for relief is based on *Johnson v. United States*, ___ U.S. ___, 2015 WL 2473450 (June 26, 2015).

       Petitioner is incarcerated. The Court finds he was previously appointed counsel under the Criminal Justice Act and, due to his incarceration, remains unable to afford counsel.

       Consistent with District Court General Order 2015-4, the Court appoints the Office of the Federal Public Defender to represent Petitioner, counsel him on the claim, and, if necessary, to further supplement the pleadings Petitioner has filed pro se.

       Within 60 days, counsel shall file a status report advising the Court of the need for any additional briefing and deadlines.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED:  March 29, 2016